**Order filed July 26, 2018**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00520-CV**

_____

**LATIA M. JONES, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION; CHRIS OAKLEY, FRANCIS BROWN, JIMMY MULLENS, LASHA LENZY, MELISSA M. BUTLER, Appellees**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-26830**

---

## O R D E R

The notice of appeal in this case was filed June 18, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **August 10, 2018.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM